THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TERRANCE WILLIAMS, Respondent.

Submitted December 1, 2014; decided December 16, 2014

Motion by The Center for HIV Law and Policy et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TERRANCE WILLIAMS, Respondent.

Submitted December 1, 2014; decided December 16, 2014

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of LUZ SOLLA, Respondent, v ELIZABETH BERLIN, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Appellant.

Submitted December 1, 2014; decided December 16, 2014

Motion by Peter Vollmer for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.